IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ROSA-LEE ANDERSON AND DEANDRE PATTERSON, | : | No. 15-2651 |
| Defendants. | : | |

**ORDER**

AND NOW, on May 20, 2016, upon consideration of Defendants Rosa-Lee Anderson and Deandre Patterson's Motion to Preclude Testimony of Plaintiff's Expert David B. Klitsch (doc. 35), Plaintiff Allstate Insurance Company's Response (doc. 52), Defendants' Reply (doc. 70), and in accordance with the accompanying memorandum opinion, it is ORDERED that Defendants' Motion is DENIED.

BY THE COURT:

*/s/ Timothy R. Rice*
TIMOTHY R. RICE
U.S MAGISTRATE JUDGE