IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ROSA-LEE ANDERSON AND DEANDRE PATTERSON, | : | No. 15-2651 |
| Defendants. | : | |

**ORDER**

AND NOW, on May 23, 2016, it is ORDERED that this Court's May 20, 2016 Memorandum Opinion (doc. 78) is amended on page one as follows: "Defendants Rosa-Lee Anderson and Deandre Patterson seek to preclude Plaintiff Allstate Insurance Company's expert witness, David B. Klitsch, from testifying to the cause of a November 17, 2013 fire at the Sharon Hill, Pennsylvania property of Allstate insured Cheryl Ciarlante."  The amended opinion accompanies this order.

BY THE COURT:

*/s/ Timothy R. Rice*
TIMOTHY R. RICE
U.S MAGISTRATE JUDGE